

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00404-CV

_____

IN RE BROOKSHIRE GROCERY COMPANY, Relator

---

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. C2024023

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered relator's "Unopposed Motion to Withdraw Petition for Writ of Mandamus." We grant the motion and dismiss this original proceeding.

Per Curiam

Delivered: August 21, 2025